**Randy L. THOMAS, and as Father, Next of Friend, Natural Guardian, and on behalf of A.T.T., Plaintiff–Appellant,**

v.

**Ronald L. CHAPMAN, In his Official and Personal Capacity; Christy T. Mann, In her Official and Personal Capacity; George E. Battle, III, In his Official and Personal Capacity; Barry**

Bowe, In his Official and Personal Capacity; U.S. DEpartment of Education; McDowell Street Center for Family Law Inc.; Donna J. Jackson, In her Official and Personal Capacity; Aida Correa, a/k/a Aida Correa Vazquez, a/k/a Aida Correa Velez; Graham C. Mullen, In his Official and Personal Capacity; John and Jane Does 1–50, In their Official and Personal Capacity; State of North Carolina; Charlotte–Mecklenburg Schools Board of Education, Defendants–Appellees.

No. 12–1269.

United States Court of Appeals, Fourth Circuit.

Submitted: June 14, 2012.

Decided: June 19, 2012.

Randy L. Thomas, Appellant Pro Se.

Before WILKINSON, NIEMEYER, and KEENAN, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Randy L. Thomas seeks to appeal the district court's order reassigning his civil case to a new judge. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2006), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2006); Fed.R.Civ.P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545–46, 69 S.Ct. 1221, 93 L.Ed. 1528 (1949). The order Thomas seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we deny leave to proceed in forma pauperis and dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*